KROGER GROCERY & BAKING COMPANY, Plaintiff, Appellant, v. FIRST NATIONAL STORES, Inc., et al., Defendants, Appellees.

No. 3702.

Circuit Court of Appeals, First Circuit.

Feb. 13, 1942.

A. Yates Dowell, of Washington, D. C., and Herbert W. Kenway, of Boston, Mass., for appellant.

Herbert A. Baker, of Boston, Mass., for appellees.

PER CURIAM.

Upon consideration of a stipulation of the parties, and disclaiming any intimation that the decree of the District Court, 37 F.Supp. 553, was in any wise in error, this court not having reviewed the merits, it is ordered that the decree of the District Court be, and the same hereby is, vacated and the case is remanded to that court for entry of a final decree in accordance with said stipulation.

Walter McDONALD v. Robert H. HUDSPETH, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 2491.

Circuit Court of Appeals, Tenth Circuit.

Jan. 20, 1942.

No appearance for appellant.
No appearance for appellee.

Before PHILLIPS and MURRAH, Circuit Judges.

PER CURIAM.

The lower court having certified that in his opinion the appeal proposed to be taken from the order denying writ of habeas corpus was not taken in good faith, was frivolous, and without merit, the motion to proceed in this court in forma pauperis was denied.

Norman YAWNICK, Adm'r of Estate of Carl Yawnick, Deceased, v. INDEPENDENT FOOD PRODUCTS CO., a Corporation of New Jersey, Edith Elkind, Samuel Rosenbaum, Sidney Rosenbaum and Israel Rosenbaum.

Appeal of Louis SHERMAN.

No. 7871.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 6, 1942.

Decided Feb. 6, 1942.

Louis A. Fast, of Newark, N. J., for appellant.

George Such Pearse, of Newark, N. J., for appellee.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The appeal is dismissed.